IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 07 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| Martin D. Walker, Petitioner | § § | |
| vs. | § § § | CA-C-00-046 |
| Gary L. Johnson, Respondent | § | |

### NOTICE OF DEFICIENT PLEADING

To correct the deficient pleading, within 20 days of the date of this notice, the plaintiff must file one of the following. **Title your filing "Compliance."**

_____ The complete names of all defendants, or as much of the names as are known, and any identifying information (such as gender, race, approximate age), and a complete address for each.

_____ _____ copies of the complaint.

__X__ A filing fee of **$5.00** for habeas corpus petitions or a fully complete application for leave to proceed *in forma pauperis*. (28 U.S.C. § 1914-15)

_____ A filing fee of **$150.00** for actions filed under 42 U.S.C. § 1983 or a fully complete application for leave to proceed *in forma pauperis*.

__X__ Submit a certified copy of the trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which you are or were confined.

_____ Other:_____
_____

**If the plaintiff fails to comply on time, the Court may dismiss this case for want of prosecution. Fed. R. Civ. P. 41(b).**

Dated: February 7, 2000 at Corpus Christi, Texas.

MICHAEL N. MILBY, CLERK
U.S. DISTRICT COURT

BY: _____
Deputy Clerk