```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                        CORPUS CHRISTI DIVISION
```

United States District Court
Southern District of Texas
ENTERED

FEB 24 2000

Michael N. Milby, Clerk of Court

MARTIN D. WALKER §
§
V. § C.A. NO. C-00-46
§
GARY L. JOHNSON §

## ORDER OF TRANSFER

Petitioner is a state prisoner currently incarcerated in the Connally Unit, Texas Department of Criminal Justice - Institutional Division in Kenedy, Texas. Petitioner filed this petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging a prison disciplinary conviction.

A prisoner in state custody may file a writ of habeas corpus in the district in which the petitioner is in custody or the district where the conviction arose. 28 U.S.C. § 2241(d). The Court in which the application is filed may transfer the application to the other district court in the exercise of its discretion and in the furtherance of justice. Id.

Petitioner was found guilty of a prison disciplinary violation at the Connally Unit, and potential witnesses and records are located at the Connally Unit. Petitioner remains in custody at the Connally Unit. The Connally Unit is located in Karnes County, Texas within the San Antonio Division of the Western District of Texas. 28 U.S.C. § 124(d)(4). The Court finds that a transfer to the San Antonio Division of the Western District of Texas would be in the furtherance of justice. 28 U.S.C. § 2241(d).

Accordingly, it is ordered that this cause be transferred to the United States District Court for the Western District of Texas, San Antonio Division.

ORDERED this 23 day of February, 2000.

_Jane Cooper-Hill_
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE